Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02960-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| AILEEN ARNETT and JAMES ARNETT<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., John Doe One and John Doe Two<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, AILEEN ARNETT and JAMES ARNETT, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 11-10, 2009      BUBALO HIESTAND & ROTMAN, PLC

By: *Leslie M. Cronen*
Leslie M. Cronen
Attorneys for Plaintiffs, Aileen Arnett
and James Arnett

DATED: Jan. 13, 2010    DLA PIPER LLP (US)

By: *[signature]*
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**